# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKIN AKINLAWON, | No. 4:17-CV-00218 |
| Plaintiff, | (Judge Brann) |
| v. | |
| OVERHEAD DOOR CORPORATION, | |
| Defendant. | |

## ORDER

**AND NOW**, this 25th day of September 2018, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, April 9, 2018, ECF No. 21 is **GRANTED**.

2. Defendant's Motion to Strike [Plaintiff's] Statement of Facts, June 8, 2018, ECF No. 28 is **GRANTED**.

3. Plaintiff's Counter-Statement of Material and Disputed Facts, May 30, 2018, ECF No. 27, is **STRICKEN**. However, the clerk is directed not to delete the stricken document, as it contains a footnote in which Plaintiff acknowledges he is no longer pursuing his age discrimination claims.

4. Final Judgment is entered in favor of Defendant and against Plaintiff.

5. The clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge